_____



SO ORDERED,

Judge Jamie A. Wilson  
United States Bankruptcy Judge  
Date Signed: July 21, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Milton Thompson, Debtor                      Case No. 21-00055-JAW  
                                                      CHAPTER 13

ORDER ON MOTION TO CONVERT A CASE UNDER CHAPTER 13  
TO A CASE UNDER CHAPTER 7

On the Motion to Convert a Case Under Chapter 13 to a Case Under Chapter 7 (Dk # 74 ) filed by the Debtor, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that this case shall be converted from a case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

## END OF ORDER ##

Approved and Prepared by:  
/s/ Thomas C. Rollins, Jr.  
Thomas C. Rollins, Jr. (MS Bar No. 103469)  
The Rollins Law Firm, PLLC  
P.O. Box 13767  
Jackson, MS 39236  
601-500-5533