United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 21-00055-JAW
Milton Thompson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Jul 21, 2025     Form ID: 309A     Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton Thompson, P.O. Box 56, Benton, MS 39039-0056 |
| aty | + | Brittany Smith Taylor, Padgett Law Group, 4245 Balmoral Drive SW, Suite 101, Huntsville, AL 35801-6497 |
| aty | + | Jennifer A Curry Calvillo, The Rollins Law Firm, 702 W. Pine St, Hattiesburg, MS 39401-3836 |
| 5417122 | + | Brittany Smith Taylor, Esq., For Newrez LLC dba Shellpoint Mortgage S, Padgett Law Group, 4245 Balmoral Dr SW Suite 101, Huntsville, AL 35801-6497 |
| 4966069 | + | C Spire, PO Box 159, Meadville, MS 39653-0159 |
| 4966070 | + | Caira Thompson, PO Box 56, Benton, MS 39039-0056 |
| 4966074 | + | Ferguson Furniture, 241 S Main St., Yazoo City, MS 39194-4009 |
| 4966077 | + | Jackson Anesthesia, PO Box 2398, Jackson, MS 39225-2398 |
| 4966472 | + | Jennifer A Curry Calvillo, The Rollins Law Firm Attorney For, Milton Thompson, 702 W. Pine St, Hattiesburg, MS 39401-3836 |
| 4966079 | + | MS Sports Medicine, P.O. Drawer 16870, Jackson, MS 39236-6870 |
| 4966080 | + | Mutual Cdt, 1604 Cherry St, Vicksburg, MS 39180-3586 |
| 4966084 | + | Pioneer Credit, 212A Clinton Blvd, Clinton, MS 39056-5126 |
| 4966091 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, 178 W Center St, Canton, MS 39046 |
| 4966090 | + | Tower Loan, 110 Jerry Clower Blvd, Yazoo City, MS 39194-5144 |
| 4966092 | | Verizon, P.O. Box 151221, Albany, NY 12212 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Jul 21 2025 19:31:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | EDI: BENSHAFFER | Jul 21 2025 23:28:00 | Eileen N. Shaffer, P.O. Box 1177, Jackson, MS 39215-1177 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Jul 21 2025 19:31:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | Email/Text: opportunitynotices@gmail.com | Jul 21 2025 19:31:00 | Opportunity Financial, LLC, P.O. Box 5040, Fredricksburg, VA 22403-0640 |
| 4966066 | + | EDI: AAFES | Jul 21 2025 23:28:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 4966067 | | Email/Text: bankruptcy@acacceptance.com | Jul 21 2025 19:31:00 | American Credit Accept, P.O. Box 204531, Dallas, TX 75320-4531 |
| 4966735 | + | Email/Text: bankruptcy@acacceptance.com | Jul 21 2025 19:31:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 4987029 | + | EDI: AAFES | Jul 21 2025 23:28:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 4966068 | ^ | MEBN | Jul 21 2025 19:26:58 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: 309A | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 4966071 | + | EDI: CAPITALONE.COM | Jul 21 2025 23:28:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4984807 | + | EDI: AIS.COM | Jul 21 2025 23:28:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4966072 | + | EDI: CITICORP | Jul 21 2025 23:28:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 4966076 | | EDI: IRS.COM | Jul 21 2025 23:28:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4966073 | + | EDI: DIRECTV.COM | Jul 21 2025 23:28:00 | Directv, P.O. Box 105261, Atlanta, GA 30348-5261 |
| 4966075 | + | EDI: CITICORP | Jul 21 2025 23:28:00 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 4966078 | + | EDI: AAFES | Jul 21 2025 23:28:00 | Military Star, P.O. Box 650410, Dallas, TX 75265-0410 |
| 4982884 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 21 2025 19:31:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 4966081 | + | EDI: AGFINANCE.COM | Jul 21 2025 23:28:00 | One Main Financial, 1069 Hwy 51 Ste B, Madison, MS 39110-7755 |
| 4966082 | + | EDI: AGFINANCE.COM | Jul 21 2025 23:28:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4967514 | + | EDI: AGFINANCE.COM | Jul 21 2025 23:28:00 | OneMain Financial Group LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4966083 | + | Email/Text: opportunitynotices@gmail.com | Jul 21 2025 19:31:00 | Opportunity Financial,, 130 E Randolph St, STe 1650, Chicago, IL 60601-6241 |
| 4986145 | + | Email/Text: opportunitynotices@gmail.com | Jul 21 2025 19:31:00 | Opportunity Financial, LLC, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 4966086 | | EDI: PRA.COM | Jul 21 2025 23:28:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4966085 | | EDI: PRA.COM | Jul 21 2025 23:28:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 4981708 | | EDI: PRA.COM | Jul 21 2025 23:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4966087 | + | EDI: PHINELEVATE | Jul 21 2025 23:28:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 4966088 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 21 2025 19:31:00 | Shellpoint Mortgage, 75 Bealtie Pl #300, Greenville, SC 29601-2138 |
| 4966089 | + | EDI: SYNC | Jul 21 2025 23:28:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4982917 | + | Email/Text: bankruptcy@towerloan.com | Jul 21 2025 19:31:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4982989 | + | EDI: AIS.COM | Jul 21 2025 23:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4966093 | + | EDI: SYNC | Jul 21 2025 23:28:00 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 31

## BYPASSED RECIPIENTS

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 21, 2025 | Form ID: 309A | Total Noticed: 46 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025                    Signature:    /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline
### United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Milton Thompson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9720 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: 21–00055–JAW

Date case filed in chapter **13**   1/13/21
Date case converted to chapter **7**   7/21/25

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Milton Thompson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | P.O. Box 56 <br> Benton, MS 39039 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Carl Rollins Jr <br> The Rollins Law Firm, PLLC <br> PO BOX 13767 <br> Jackson, MS 39236 | Contact phone 601–500–5533 <br> Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Eileen N. Shaffer <br> P.O. Box 1177 <br> Jackson, MS 39215–1177 | Contact phone 601–969–3006 <br> Email eshaffer@eshaffer–law.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**   page 1

| Debtor **Milton Thompson** | | Case number **21–00055–JAW** |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 601–608–4600**<br><br>**Date: 7/21/25** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 22, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Eileen N. Shaffer**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 905 950 7847 and Passcode 8931265934 , OR call 769–215–5931.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/21/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline (12/15)**        page **2**