# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Milton Thompson**, Debtor(s)

Case No. **21-00055**
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **July 23, 2025**

/s/ **Milton Thompson**
**Milton Thompson**
Signature of Debtor

| | | |
|---|---|---|
| MILTON THOMPSON<br>P.O. BOX 56<br>BENTON, MS 39039 | DIRECTV<br>P.O. BOX 105261<br>ATLANTA, GA 30348 | ONE MAIN FINANCIAL<br>1069 HWY 51 STE B<br>MADISON, MS 39110 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | FERGUSON FURNITURE<br>241 S MAIN ST.<br>YAZOO CITY, MS 39194 | ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE, IN 47706 |
| AAFES<br>3911 WALTON WALKER<br>DALLAS, TX 75266 | HOME DEPOT<br>P.O. BOX 790328<br>SAINT LOUIS, MO 63179 | OPPORTUNITY FINANCIAL,<br>130 E RANDOLPH ST<br>STE 1650<br>CHICAGO, IL 60601 |
| AMERICAN CREDIT ACCEPT<br>P.O. BOX 204531<br>DALLAS, TX 75320-4531 | INTERNAL REVENUE SE<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | PIONEER CREDIT<br>212A CLINTON BLVD<br>CLINTON, MS 39056 |
| BAPTIST<br>P.O. BOX 23090<br>JACKSON, MS 39225 | JACKSON ANESTHESIA<br>PO BOX 2398<br>JACKSON, MS 39225 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD STE 1<br>NORFOLK, VA 23502 |
| C SPIRE<br>PO BOX 159<br>MEADVILLE, MS 39653 | JACKSON HB MEDICAL***<br>PO BOX 14099<br>BELFAST, ME 04915 | PORTFOLIO RECOVERY<br>120 CORPORATE BLVD<br>NORFOLK, VA 23502 |
| CAIRA THOMPSON<br>PO BOX 56<br>BENTON, MS 39039 | MILITARY STAR<br>P.O. BOX 650410<br>DALLAS, TX 75266-0410 | RISE CREDIT<br>P.O. BOX 101808<br>FORT WORTH, TX 76185 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131 | MS SPORTS MEDICINE<br>P.O. DRAWER 16870<br>JACKSON, MS 39236 | SHELLPOINT MORTGAGE<br>75 BEALTIE PL #300<br>GREENVILLE, SC 29601 |
| CITIBANK<br>701 EAST 60TH ST N<br>SIOUX FALLS, SD 57104 | MUTUAL CDT<br>1604 CHERRY ST<br>VICKSBURG, MS 39181 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA, GA 30348 |

```
TOWER LOAN
110 JERRY CLOWER BLVD
YAZOO CITY, MS 39194


TOWER LOAN
178 W CENTER ST
CANTON, MS 39046


VERIZON
P.O. BOX 151221
ALBANY, NY 12212


WALMART
PO BOX 965024
ORLANDO, FL 32896
```