0040-2H-EPIEXX-00417316-360372

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  MILTON THOMPSON                                              Case No.:  21-00055-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Torri Parker Martin, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  01/13/2021.
2)  The plan was confirmed on  03/02/2021.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was converted on  07/21/2025.
6)  Number of months from filing or conversion to last payment:  51.
7)  Number of months case was pending:  54.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  45,846.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**
|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor: | $51,231.86 | |
| Less amount refunded to debtor: | $2,923.50 | |
| **NET RECEIPTS:** | | $48,308.36 |

**Expenses of Administration:**
|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,600.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $3,943.28 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $7,543.28 |

Attorney fees paid and disclosed by debtor:                $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN CREDIT ACCEPTANCE | Secured | 10,911.54 | 8,453.46 | 8,453.46 | 8,453.46 | 823.37 |
| ARMY & AIR FORCE EXCH SERVICES | Unsecured | 3,319.00 | 2,413.01 | 2,413.01 | 1,615.81 | .00 |
| BAPTIST | Unsecured | 73.50 | NA | NA | .00 | .00 |
| C SPIRE | Unsecured | 717.13 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 845.00 | 845.18 | 845.18 | 565.99 | .00 |
| CITIBANK | Unsecured | NA | NA | NA | .00 | .00 |
| DEPARTMENT OF TREASURY | Priority | 5,848.30 | 1,298.23 | 1,264.82 | 1,264.82 | .00 |
| DEPARTMENT OF TREASURY | Unsecured | NA | 33.41 | 33.41 | 28.40 | .00 |
| DIRECT TV | Unsecured | 208.20 | NA | NA | .00 | .00 |
| FERGUSON FURNITURE | Secured | 198.86 | NA | NA | .00 | .00 |
| JACKSON ANESTHESIA | Unsecured | 238.68 | NA | NA | .00 | .00 |
| MILITARY STAR | Unsecured | 2,841.65 | NA | NA | .00 | .00 |
| MS SPORTS MEDICINE | Unsecured | 1,749.07 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re: MILTON THOMPSON  Case No.: 21-00055-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL CDT | Secured | 6,058.00 | NA | NA | .00 | .00 |
| NEWREZ LLC | Other | 29,154.00 | 28,602.14 | 28,061.35 | .00 | .00 |
| NEWREZ LLC | Secured | NA | 540.79 | 540.79 | 540.79 | .00 |
| NEWREZ LLC | Secured | NA | 807.91 | 807.91 | 403.97 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 15,063.70 | 7,492.61 | 7,492.61 | 6,368.72 | .00 |
| ONEMAIN FINANCIAL | Unsecured | 6,303.00 | 6,303.53 | 6,303.53 | 5,358.00 | .00 |
| OPPORTUNITY FINANCIAL, LLC | Unsecured | 1,878.26 | 1,005.64 | 1,005.64 | 657.94 | .00 |
| PADGETT LAW GROUP | Secured | NA | NA | NA | .00 | .00 |
| PIONEER CREDIT | Unsecured | 4,289.06 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | Unsecured | 3,008.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | Unsecured | 2,160.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY | Unsecured | 518.00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 2,163.62 | 2,149.97 | 2,149.97 | 1,439.71 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 7,885.00 | 7,837.14 | 7,837.14 | 5,248.15 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 617.66 | 469.64 | 469.64 | 282.09 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 3,664.47 | 2,959.99 | 2,959.99 | 1,982.15 | .00 |
| RISE CREDIT | Unsecured | 668.94 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | 9,493.22 | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| SYNCHRONY BANK | Unsecured | NA | NA | NA | .00 | .00 |
| THOMAS CARL ROLLINS, JR. | Secured | NA | NA | NA | .00 | .00 |
| TOWER LOAN OF CANTON | Unsecured | 2,544.93 | 2,994.46 | 2,994.46 | 2,005.20 | .00 |
| TOWER LOAN OF YAZOO CITY | Unsecured | 4,566.13 | 4,876.09 | 4,876.09 | 3,265.28 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

In re:  MILTON THOMPSON                                                                 Case No.:  21-00055-JAW

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VERIZON | Unsecured | 702.18 | 688.77 | 688.77 | 461.23 | .00 |

**Summary of Disbursements to Creditors:**

|  |  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|
| **Secured Payments:** | | | | |
| Mortgage Ongoing: | | .00 | .00 | .00 |
| Mortgage Arrearage: | | 540.79 | 540.79 | .00 |
| Debt Secured by Vehicle: | | 8,453.46 | 8,453.46 | 823.37 |
| All Other Secured: | | 807.91 | 403.97 | .00 |
| **TOTAL SECURED:** | | 9,802.16 | 9,398.22 | 823.37 |
| **Priority Unsecured Payments:** | | | | |
| Domestic Support Arrearage: | | .00 | .00 | .00 |
| Domestic Support Ongoing: | | .00 | .00 | .00 |
| All Other Priority: | | 1,264.82 | 1,264.82 | .00 |
| **TOTAL PRIORITY:** | | 1,264.82 | 1,264.82 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | | 68,130.79 | 29,278.67 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $7,543.28 |
| Disbursements to Creditors: | $40,765.08 |
| **TOTAL DISBURSEMENTS:** | $48,308.36 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  07/31/2025               By:  /s/Torri Parker Martin
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.