# PROCEEDING MEMO AND MINUTES OF
# THE CHAPTER §341 MEETING
### August 22, 2025

IN RE:                                          CASE NO. 21-00055-JAW
**THOMPSON, MILTON**

**APPEARANCES**

(✓) DEBTOR 1                                ( ) DEBTOR 2 (Wife in Joint Cases)
    (✓) Required picture I.D. produced           ( ) Required picture I.D. produced
    (✓) Required SSN verification produced    ( ) Required SSN verification produced
    (✓) Pay advices received                    ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed

Tax returns received for __2024__ (years) on __8/3/2025__ Financial

Documents were ( ) retained by trustee (✓) returned to debtor(s)
( ) DEBTOR'S REPRESENTATIVE _____
(✓) ATTORNEY FOR DEBTOR(S): __JENNIFER A CURRY CALVILLO__ or substitute:
_____

( ) DEBTOR(S) APPEARED PRO SE
    YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
    YES ( ) NO ( ) If Yes, obtain completed pro se form

THE MEETING OF CREDITORS WAS:
    (✓)    HELD
        or
    ( )    NOT HELD
        Or
    (✓)    NOT CONCLUDED AND IS CONTINUED TO THE __16__ DAY OF
    __Sept__, 20__25__ AT __1:30__ O'CLOCK __P__.M.

YES (✓) NO ( ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(S) __None__
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within _____ Days of 341(a) Meeting.
( ) OTHER: _____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____
_____

DATED: __8/22/2025__    TRUSTEE _____
Track # __4F__             or    Tape # _____ Side _____ Counter Start # _____