# United States Bankruptcy Court
## Southern District of Mississippi

In re: **Milton Thompson**  
Debtor(s)

Case No. **21-00055**  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **September 29, 2025**

/s/ **Milton Thompson**  
**Milton Thompson**  
Signature of Debtor

```
MILTON THOMPSON                DIRECTV                        MUTUAL CDT
P.O. BOX 56                    P.O. BOX 105261                1604 CHERRY ST
BENTON, MS 39039               ATLANTA, GA 30348              VICKSBURG, MS 39181


THOMAS C. ROLLINS, JR.         FERGUSON FURNITURE             ONE MAIN FINANCIAL
THE ROLLINS LAW FIRM, PLLC     241 S MAIN ST.                 1069 HWY 51 STE B
P.O. BOX 13767                 YAZOO CITY, MS 39194           MADISON, MS 39110
JACKSON, MS 39236


AAFES                          HOME DEPOT                     ONEMAIN FINANCIAL
3911 WALTON WALKER             P.O. BOX 790328                PO BOX 1010
DALLAS, TX 75266               SAINT LOUIS, MO 63179          EVANSVILLE, IN 47706


AMERICAN CREDIT ACCEPT         INTERNAL REVENUE SE            OPPORTUNITY FINANCIAL,
P.O. BOX 204531                CENTRALIZED INSOLVENCY         130 E RANDOLPH ST
DALLAS, TX 75320-4531          P.O. BOX 7346                  STE 1650
                               PHILADELPHIA, PA 19101-7346    CHICAGO, IL 60601


BAPTIST                        JACKSON ANESTHESIA             PIONEER CREDIT
P.O. BOX 23090                 PO BOX 2398                    212A CLINTON BLVD
JACKSON, MS 39225              JACKSON, MS 39225              CLINTON, MS 39056


C SPIRE                        JACKSON HB MEDICAL             PORTFOLIO RECOVERY
PO BOX 159                     PO BOX 14099                   120 CORPORATE BLVD STE 1
MEADVILLE, MS 39653            BELFAST, ME 04915              NORFOLK, VA 23502


CAIRA THOMPSON                 MADISON PHYISICIANS***         PORTFOLIO RECOVERY
PO BOX 56                      4510 LAKELAND DR               120 CORPORATE BLVD
BENTON, MS 39039               FLOWOOD, MS 39232              NORFOLK, VA 23502


CAPITAL ONE                    MILITARY STAR                  RISE CREDIT
PO BOX 31293                   P.O. BOX 650410                P.O. BOX 101808
SALT LAKE CITY, UT 84131       DALLAS, TX 75266-0410          FORT WORTH, TX 76185


CITIBANK                       MS SPORTS MEDICINE             SHELLPOINT MORTGAGE
701 EAST 60TH ST N             P.O. DRAWER 16870              75 BEALTIE PL #300
SIOUX FALLS, SD 57104          JACKSON, MS 39236              GREENVILLE, SC 29601
```

```
SYNCHRONY BANK
PO BOX 105972
ATLANTA, GA 30348



TOWER LOAN
110 JERRY CLOWER BLVD
YAZOO CITY, MS 39194



TOWER LOAN
178 W CENTER ST
CANTON, MS 39046



VERIZON
P.O. BOX 151221
ALBANY, NY 12212



WALMART
PO BOX 965024
ORLANDO, FL 32896
```