United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 21-00055-JAW
Milton Thompson     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 3
Date Rcvd: Oct 01, 2025     Form ID: ntcabuse     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Milton Thompson, P.O. Box 56, Benton, MS 39039-0056 |
| 4966069 | + | C Spire, PO Box 159, Meadville, MS 39653-0159 |
| 4966070 | + | Caira Thompson, PO Box 56, Benton, MS 39039-0056 |
| 4966074 | + | Ferguson Furniture, 241 S Main St., Yazoo City, MS 39194-4009 |
| 4966077 | + | Jackson Anesthesia, PO Box 2398, Jackson, MS 39225-2398 |
| 5537817 | + | Jackson HB Medical, PO Box 14099, Belfast, ME 04915-4034 |
| 5570429 | + | MADISON PHYISICIANS, 4510 LAKELAND DR, FLOWOOD, MS 39232-9583 |
| 4966079 | + | MS Sports Medicine, P.O. Drawer 16870, Jackson, MS 39236-6870 |
| 4966080 | + | Mutual Cdt, 1604 Cherry St, Vicksburg, MS 39180-3586 |
| 4966084 | + | Pioneer Credit, 212A Clinton Blvd, Clinton, MS 39056-5126 |
| 4966091 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, 178 W Center St, Canton, MS 39046 |
| 4966090 | + | Tower Loan, 110 Jerry Clower Blvd, Yazoo City, MS 39194-5144 |
| 4966092 | | Verizon, P.O. Box 151221, Albany, NY 12212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2025 19:34:00 | Opportunity Financial, LLC, P.O. Box 5040, Fredricksburg, VA 22403-0640 |
| 4966066 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 01 2025 19:34:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 4966067 | | Email/Text: bankruptcy@acacceptance.com | Oct 01 2025 19:34:00 | American Credit Accept, P.O. Box 204531, Dallas, TX 75320-4531 |
| 4966735 | + | Email/Text: bankruptcy@acacceptance.com | Oct 01 2025 19:34:00 | American Credit Acceptance, 961 East Main Street, Spartanburg SC 29302-2149 |
| 4987029 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 01 2025 19:34:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 4966068 | ^ | MEBN | Oct 01 2025 19:33:43 | Baptist, P.O. Box 23090, Jackson, MS 39225-3090 |
| 4966071 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2025 19:42:57 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4984807 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2025 19:43:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4966072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2025 19:43:02 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 4966076 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 01 2025 19:34:00 | Department of Treasury -, Internal Revenue |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: ntcabuse | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 4966073 | + | Email/PDF: ais.dtv.ebn@aisinfo.com | Oct 01 2025 19:43:52 | Directv, P.O. Box 105261, Atlanta, GA 30348-5261 |
| 4966075 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 01 2025 19:43:26 | Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 4966078 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 01 2025 19:33:00 | Military Star, P.O. Box 650410, Dallas, TX 75265-0410 |
| 4982884 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 19:33:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 4966081 | + | Email/PDF: cbp@omf.com | Oct 01 2025 19:43:54 | One Main Financial, 1069 Hwy 51 Ste B, Madison, MS 39110-7755 |
| 4966082 | + | Email/PDF: cbp@omf.com | Oct 01 2025 19:43:20 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 4967514 | + | Email/PDF: cbp@omf.com | Oct 01 2025 19:42:57 | OneMain Financial Group LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 4966083 | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2025 19:34:00 | Opportunity Financial,, 130 E Randolph St, STe 1650, Chicago, IL 60601-6241 |
| 4986145 | + | Email/Text: opportunitynotices@gmail.com | Oct 01 2025 19:34:00 | Opportunity Financial, LLC, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 4966086 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2025 19:43:57 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 4966085 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2025 19:43:57 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 4981708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2025 19:43:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4966087 | + | Email/Text: elevate@ebn.phinsolutions.com | Oct 01 2025 19:34:00 | Rise Credit, P.O. Box 101808, Fort Worth, TX 76185-1808 |
| 4966088 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 01 2025 19:33:00 | Shellpoint Mortgage, 75 Bealtie Pl #300, Greenville, SC 29601-2138 |
| 4966089 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2025 19:43:02 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 4982917 | + | Email/Text: bankruptcy@towerloan.com | Oct 01 2025 19:33:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 4982989 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2025 19:43:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 4966093 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2025 19:43:16 | Walmart, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: ntcabuse | Total Noticed: 41 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail M. Marbury | on behalf of U.S. Trustee United States Trustee abigail.m.marbury@usdoj.gov |
| Brittany Smith Taylor | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing brittany.taylor@padgettlawgroup.com Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Eileen N. Shaffer | on behalf of Trustee Eileen N. Shaffer eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Eileen N. Shaffer | eshaffer@eshaffer-law.com ms04@ecfcbis.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Milton Thompson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Milton Thompson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

Case No.: 21−00055−JAW
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)

   Milton Thompson
   P.O. Box 56
   Benton, MS 39039

Social Security / Individual Taxpayer ID No.:
   xxx−xx−9720

Employer Tax ID No. / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by U.S. Trustee United States Trustee. (Marbury, Abigail)

Dated: 10/1/25

                                      Danny L. Miller, Clerk
                                      United States Bankruptcy Court
                                      Thad Cochran U.S. Courthouse
                                      501 E. Court Street
                                      Suite 2.300
                                      Jackson, MS 39201

                                      601−608−4600